UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD L. LANE and VANESSA R. LANE,

    Plaintiffs,

v.    Case No: 6:14-cv-374-Orl-18GJK

NATIONSTAR MORTGAGE, LLC, FEDERAL HOME LOAN MORTGAGE ASSOCIATION and BANK OF AMERICA, N.A.,

    Defendants.

---

ORDER

THIS CAUSE comes for consideration on Defendant Bank of America, N.A.'s Motion for Attorneys' Fees and Costs (Doc. 26) and Defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation's (the "Nationstar Defendants") Motion for Attorneys' Fees (Doc. 28), to which Plaintiffs Ronald L. Lane and Vanessa R. Lane filed a response (Doc. 29). The Court referred the Motions to United States Magistrate Judge Gregory J. Kelly for a report and recommendation. The Plaintiffs filed objections (Doc. 31) to Judge Kelly's Report and Recommendation (Doc. 30). Having reviewed the Report and Recommendation and the Plaintiffs' objections, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 30) is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS** Defendant Bank of America, N.A.'s Motion for Attorneys' Fees and Costs (Doc. 26). Bank of America, N.A. is awarded a total of $5,564.59, representing $5,541.50 in attorneys' fees and $23.09 in costs. The Clerk is directed to **ENTER**

**JUDGMENT**, jointly and severally, in favor of Bank of America, N.A. and against the Plaintiffs in the amount of $5,564.59.

3. The Court **GRANTS** Defendants Nationstar Mortgage LLC and Federal Home Loan Mortgage Association's Motion for Attorneys' Fees (Doc. 28). The Nationstar Defendants are awarded a total of $6,683.89, representing $5,770.50 in attorneys' fees and $913.39 in costs. The Clerk is directed to **ENTER JUDGMENT**, jointly and severally, in favor of the Nationstar Defendants and against the Plaintiffs in the amount of $6,683.89.

**DONE AND ORDERED** at Orlando, Florida, this 21 day of November, 2014.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties